## Crown Industries, Inc. *v.* Schwartz (et al., Appellant).

Argued January 12, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Reuben Miller,* with him *Blank, Rudenko, Klaus & Rome,* for appellant.

*I. Raymond Kremer,* with him *Louis H. Slifkin,* and *Katz, Slifkin & Greenberg,* for appellee.

OPINION PER CURIAM, March 16, 1965:
Decree affirmed. Each party to bear own costs.